UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SITEC GMBH, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| v. | ) | |
| PTR-91, INC., | ) | |
| Defendant. | ) | |
| | ) | November 17, 2010 |

## COMPLAINT

The Plaintiff, SiTec GmbH ("SiTec"), by and through its undersigned counsel, as and for its Complaint against Defendant PTR-91, Inc. ("PTR-91"), respectfully alleges as follows:

### PARTIES

1. SiTec is a German company with a principal place of business located at Lingwiesenstr 6, 70825 Korntal-Muenchingen, Germany.

2. PTR-91 is a Connecticut corporation with a principal place of business located at 1451 New Britain Avenue, Farmington, Connecticut 06032.

### JURISDICTION AND VENUE

3. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the controversy is between the Plaintiff, of a foreign state, the

Republic of Germany, and the Defendant, of the State of Connecticut, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.     Venue is proper in the District of Connecticut under 28 U.S.C. 1391(a) because the Defendant resides within this judicial district and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## FACTUAL ALLEGATIONS

5.     SiTec makes and sells parts that are used in the manufacture of firearms.

6.     Upon information and belief, PTR-91 manufactures and sells firearms, and in particular, rifles.

7.     In or about December of 2008 and again in or about February of 2009, PTR-91 agreed to purchase various parts sold by SiTec.

8.     In confirmation of the parties' agreement, SiTec sent PTR-91 two (2) invoices memorializing the transaction. The first invoice, dated December 19, 2008, was for 35,840 Euros worth of goods. The second invoice, dated February 5, 2009, was for 37,560.08 Euros worth of goods. Copies of these invoices are attached hereto as Exhibits A and B, respectively.

9. PTR-91 agreed to pay the aforementioned sums as invoiced.

10. PTR-91 sent its personnel to Germany to inspect and package the goods that were to be sent to PTR-91 in the United States.

11. On or about April 24, 2009, PTR-91 authorized, signed and certified an End-Use Certificate in the amount of 73,400.08 Euros worth of goods, which is the sum of the two invoices, for presentation to the export control authorities of the Republic of Germany. The End-Use Certificate described the goods as "G-3 parts" and listed the quantity as 148,976. "G-3" is a type of German rifle.

12. Thereafter, SiTec arranged for and obtained the appropriate export permits and/or licenses to ship the goods to the United States.

13. Upon information and belief, PTR-91 obtained all requisite importation approval.

14. The aforementioned goods arrived in the United States on or about September 1, 2009, and were thereafter delivered to PTR-91 in Farmington, Connecticut.

15. PTR-91 received and accepted the goods without objection, but failed to make the invoiced payments to SiTec.

16. By letter dated June 29, 2010, counsel for SiTec wrote to PTR-91 and demanded payment of the outstanding invoices, as well as interest and attorneys' fees, totaling 83,550.03 Euros. As of June 29, 2009, this amount of Euros was the U.S. dollar equivalent of $117,409.[1] SiTec demanded that PTR-91 send payment by July 16, 2010.

17. By e-mail dated July 1, 2010, Josh Fiorini, the Chief Financial Officer of PTR-91 responded, stating: **"We do not dispute that the balance is [sic] noted is rightfully owed to SiTec by our company, and we have every intention of making payment**." (emphasis supplied). PTR-91 requested until July 31, 2010 to make payment.

18. By e-mail dated July 8, 2010, SiTec, through its counsel, responded, stating that if PTR-91 paid the entire outstanding balance of 83,550.03 Euros, SiTec would allow until July 31, 2010 to make payment.

19. PTR-91 failed to make payment by the July 31, 2010 deadline. On or about August 3, 2010, PTR-91 informed SiTec that it would not pay the sums owed.

---

[1] See Forex Trading and Exchange Rate Converter, available online at http://www.oanda.com (last checked October 19, 2010).

## COUNT I - BREACH OF CONTRACT

20. SiTec incorporates by reference paragraphs 1-19 of its Complaint as if fully set forth herein.

21. PTR-91 has breached its contractual agreement to SiTec by failing to pay the outstanding sums owed.

22. As a result of PTR-91's breach, SiTec has been damaged in the amount of $117,409 plus any additional amounts lost since June 29, 2009, the date PTR-91 agreed to pay the aforementioned sum, due to a change in the exchange rate between the Euro and the U.S. Dollar.

## COUNT II - BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

23. SiTec incorporates by reference paragraphs 1-19 of its Complaint as if fully set forth herein.

24. PTR-91's agreement to purchase goods from SiTec contains within it an implied covenant of good faith and fair dealing.

25. In failing to make the required invoiced payments, PTR-91 has acted unreasonably and in bad faith.

26. PTR-91's actions constitute a breach of the covenant of good faith and fair dealing.

27. As a result of PTR-91's failure to make the invoiced payments, SiTec has been damaged.

## COUNT III - UNJUST ENRICHMENT

28. SiTec incorporates by reference paragraphs 1-19 of its Complaint as if fully set forth herein.

29. PTR-91 was benefited by receiving the invoiced goods from SiTec.

30. PTR-91 has unjustly refused to pay for those goods, to the detriment of SiTec.

## **PRAYER FOR RELIEF**

WHEREFORE, SiTec prays for judgment as follows:

1. Money damages;

2. Interest and costs;

3. Such other relief that the Court deems just and proper in law and equity.

THE PLAINTIFF,
SITEC GMBH

BY CUMMINGS & LOCKWOOD LLC
ITS ATTORNEYS

*/s/ David T. Martin*

John W. Cannavino (ct06051)
David T. Martin (ct27581)
Six Landmark Square
Stamford, CT 06901
Tel.:   203-327-1700
Fax:   203-351-4534
E-mail: dmartin@cl-law.com

2677847_1.doc 11/16/2010