# EXHIBIT A

SiTec
Präzisionstechnik
Handels- und Produktions-
gesellschaft mbH

SiTec GmbH · Lingwiesenstraße 6 · 70825 Korntal-Münchingen

SHIP TO: **PTR 91 Inc.**
1451 New Britain Avenue

Farmington / CT, 06032
USA

Lingwiesenstraße 6
70825 Korntal-Münchingen
Telefon: 07150/20983-0
Telefax: 07150/20983-69
E-Mail: office@sitec-praezision.de
Steuer-Nr. 99110/00494

# INVOICE

No: 4007124
DATE: 19.12.2008

SOLD TO PTR 91 Inc.
1451 New Britain Avenue

Farmington / CT, 06032
USA

TRANSFER ACCOUNT:
**Commerzbank Zuffenhausen**
**SWIFT/BIC COBADEFF600**
**IBAN DE65600400710751818600**

EXW / ex work
**PREPAYMENT**

| ITEM NUMMER | PART-NUMMER-/-DESCRIPTION | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | Locking piece, new | 5.000 | 3,000 | 15.000,00 |
| 2 | Locking piece for retractable buttstock | 700 | 1,200 | 840,00 |
| 3 | Eye pin | 50.000 | 0,296 | 14.800,00 |
| 4 | Locking lever for bolthead | 3.000 | 1,500 | 4.500,00 |
| 5 | Rear cap for retractable stock | 700 | 1,000 | 700,00 |

| | |
|---|---|
| TOTAL SALES | 35.840,00 |
| TAX AMOUNT | ,00 |
| TOTAL AMOUNT | 35.840,00 € |