# EXHIBIT B

ruz

SiTec
Präzisionstechnik
Handels- und Produktions-
gesellschaft mbH

SiTec GmbH · Lingwiesenstraße 6 · 70825 Korntal-Münchingen

SHIP TO: PTR 91 Inc.
1451 New Britain Avenue

Farmington / CT, 06032
USA

Lingwiesenstraße 6
70825 Korntal-Münchingen
Telefon: 07150/20983-0
Telefax: 07150/20983-69
E-Mail: office@sitec-praezision.de
Steuer-Nr. 99110/00494

# INVOICE

No: 4007422
DATE: 05.02.2009

SOLD TO: PTR 91 Inc.
1451 New Britain Avenue

Farmington / CT, 06032
USA

TRANSFER ACCOUNT:
Commerzbank Zuffenhausen
SWIFT/BIC COBADEFF600
IBAN DE65600400710751818600

EXW / ex work
**PREPAYMENT**

| ITEM NUMMER | PART-NUMMER-/-DESCRIPTION | QUANTITY | PRICE | EXTENSION |
|---|---|---|---|---|
| 1 | magazine (new) | 43.130 | 0,50 | 21.565,00 |
| 2 | magazine (old) | 11.306 | 0,18 | 2.035,08 |
| 3 | bolt carrier | 100 | 12,00 | 1.200,00 |
| 4 | plastic ring for recoil spring | 17.500 | 0,08 | 1.400,00 |
| 5 | magazine release button | 400 | 0,50 | 200,00 |
| 6 | locking rollers | 4.800 | 0,45 | 2.160,00 |
| 7 | mag catch | 1.290 | 0,50 | 645,00 |
| 8 | recoil retainer spring pin | 3.850 | 0,30 | 1.155,00 |
| 9 | cocking handle | 7.200 | 1,00 | 7.200,00 |

| | |
|---|---|
| TOTAL SALES | 37.560,08 |
| TAX AMOUNT | ,00 |
| TOTAL AMOUNT | 37.560,08 € |

Geschäftsführer: Ulrich Sigloch, Thomas Schnizler · HRB 17966, Amtsgericht Stuttgart
Südwestbank Stuttgart, BLZ 60090700, Konto-Nr. 705414000 · Kreissparkasse Ludwigsburg, BLZ 60450050, Konto-Nr. 30019061