UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SITEC GMBH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:10CV1806(RNC) |
| PTR-91, INC., | : |
| Defendant. | : |

ORDER & NOTICE

Pending before the court are the plaintiff's application for a prejudgment remedy and motion for disclosure of property and assets. (Doc. ##6, 7.) It is hereby ORDERED that a telephonic status conference shall be held on December 16, 2010 at 2:00 p.m.

It is further ORDERED that the plaintiff shall cause a copy of this order to be served on the defendant by December 7, 2010.

SO ORDERED at Hartford, Connecticut this 30th day of November, 2010.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge